# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | ED CV 19-1160 CJC (MRWx) | Date | March 10, 2020 |
| Title | Rios v. Kaiser Foundation Health Plan | | |

Present: The Honorable Michael R. Wilner

| Veronica Piper | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None present | None present |

**Proceedings:** ORDER RE: PROTECTIVE ORDER

The parties submitted a proposed protective order regarding discovery in this civil action. (Docket # 23.) The Court accepts and ENTERS the proposed order subject to the following:

1. ¶ 6 – Any challenge to a confidentiality designation must comply in full with the joint filing format described in Local Rule 37 for all discovery motions.

2. ¶ 15 – A party seeking to file material under seal with the Court due to the provisions of this protective order must submit an appropriate application pursuant to Local Rule of Court 79-5.1.